IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01719-OES

FRANKLIN DAVID WOOD, JR.,

    Plaintiff,

v.

OTERO COUNTY, and
STATE OF COLORADO,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2005

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING WARDEN TO PROVIDE COURT WITH A CERTIFIED COPY
OF PLAINTIFF'S TRUST FUND ACCOUNT STATEMENT

---

Plaintiff Franklin David Wood, Jr., currently is incarcerated at the Prowers County Jail in Otero County, Colorado. He has filed *pro se* a Prisoner Complaint. He also has filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 with attached commissary receipts in lieu of a certified account statement. On September 12, 2005, he notified the Court that the jail will not provide him with a certified account statement that complies with 28 U.S.C. § 1915 (Supp. 2005).

Pursuant to 28 U.S.C. § 1915(a)(2), Mr. Wood needs "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . ., obtained from the appropriate official of each prison at which the prisoner is or was confined" in order to proceed *in forma pauperis* in this action, which he apparently intends to do. Therefore, the warden of the Prowers County Jail will be ordered to obtain from the

appropriate prison official and to provide the Court with a certified copy of Mr. Wood's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on September 2, 2005. Failure to provide such an account statement within the time allowed will result in a Court order directing the warden of the Prowers County Jail to pay the entire $250.00 filing fee owed in this action. Accordingly, it is

ORDERED that the warden of the Prowers County Jail obtain from the appropriate prison official and provide the Court **within thirty (30) days from the date of this order** with a certified copy of Plaintiff Franklin David Wood's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on September 2, 2005. It is

FURTHER ORDERED that failure to provide such an account statement within the time allowed will result in a Court order directing the warden of the Prowers County Jail to pay the entire $250.00 filing fee owed in this action. It is

FURTHER ORDERED that the clerk of the Court mail a copy of this order to the warden of the Prowers County Jail.

DATED at Denver, Colorado, this 20 day of September, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01719-OES

Franklin David Wood, Jr.
103 E. Oak
Lamar, CO 81052

Warden
Prowers County Jail
103 E. Oak
Lamar, CO 81052

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/20/05

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk